**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01850-LTB-KLM

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

      Petitioner,

v.

ARMSTRONG MOVING AND STORAGE, INC.,

      Respondent.

_____

ORDER OF DISMISSAL

_____

This matter is before the Court on the parties Stipulation to Dismiss (Doc 6 - filed September 24, 2007), and the Court being fully advised in the premises, it is

ORDERED that the Order to Show Cause issued September 6, 2007 (Doc 5) is DISCHARGED, the hearing set September 27, 2007 is VACATED, and the Petition for Enforcement of Subpoena and this matter are DISMISSED.

      BY THE COURT:

      s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED: September 25, 2007